

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00285-CV

IN THE INTEREST OF C.E., A CHILD § On Appeal from the 355th District Court

§ of Hood County (P2021009)

§ January 12, 2023

§ Memorandum Opinion by Justice Wallach

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and the case is remanded to the trial court for further proceedings addressing conservatorship. The trial court must commence a new trial no later than 180 days after the date this court issues the mandate in this appeal.

It is further ordered that Appellee C.E. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mike Wallach_____
    Justice Mike Wallach